**FILED**

DEC 0 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KIRK, | No. C 14-04818 BLF (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CLIFF ALLENBY, et al., | |
| Defendants. | |

Plaintiff, a civil detainee under the California's Sexually Violent Predator Act proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Coalinga State Hospital.[1]  Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 12-9-2014

BETH LABSON FREEMAN
United States District Judge

---

[1] This matter was reassigned to this Court on December 4, 2014, after Plaintiff declined magistrate jurisdiction. (*See* Docket Nos. 6 & 8.)

Order of Transfer
P:\PRO-SE\BLF\CR.14\04818Kirk_transfer(ED).wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE KIRK,

        Plaintiff,

v.

CLIFF ALLENBY, et al.,

        Defendants.

Case Number: CV14-04818 BLF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____12/09/14____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Kirk
Coalinga State Prison
P.O. Box 5003
patient #166-9
Coalinga, CA 93210-5003

Dated: ____12/09/14____

Richard W. Wieking, Clerk
G. Garcia, Deputy Clerk